# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Agustin RAMON RUCKSTUHL, aka Agustin RAMON<br>    Plaintiff/Petitioner,<br><br>v.<br><br>Kevin MCALEENAN, et. al.<br>    Defendants/Respondents. | No. 2:19-cv-1087-RSM-MAT<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

WHEREAS Plaintiff filed a Complaint for Mandamus and Injunctive Relief and Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on July 15, 2019, alleging inadequate medical care by Defendants and challenging his detention pending his removal from the United States. Dkt. No. 1.

WHEREAS Plaintiff is no longer seeking relief from removal from the United States, and has agreed to return to France, his country of origin.

WHEREAS the Plaintiff's complaint and habeas petition is moot and should be dismissed without fees or costs to either party.

JOINT STIPULATION AND
ORDER OF DISMISSAL– 1
Civil Case No. 2:19-cv-01087-RSM-MAT

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

Plaintiff's Complaint for Mandamus and Injunctive Relief and Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice and without fees or costs to either party.

SO STIPULATED.
DATED this 6th day of September, 2019.

BRIAN T. MORAN
United States Attorney

 /s Michelle R. Lambert
MICHELLE R. LAMBERT NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone No. (253) 428-3824
E-mail:  Michelle.lambert@usdoj.gov
Attorney for Defendants

SO STIPULATED.
DATED this 6th day of September, 2019.

THORWARD IMMIGRATION LAW, PLLC

/s Minda A. Thorward
MINDA A. THORWARD WSBA#47594
5600 C Rainier Ave S, Ste. 208
Seattle, WA 98118
Telephone No. (206) 607-7976
Fax No. (866) 705-6146
E-mail:  minda@thorwardimmigrationlaw.com
Attorney for Plaintiff

JOINT STIPULATION AND
ORDER OF DISMISSAL– 2
Civil Case No. 2:19-cv-01087-RSM-MAT

## ORDER

IT IS SO ORDERED. Plaintiff's Complaint for Mandamus and Injunctive Relief and Petition for Writ of Habeas Corpus is DISMISSED without prejudice and without fees or costs to either party.

DATED this 13th day of September, 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE